IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LAYNE E. CARVER                                                              PLAINTIFF

v.                              Case No. 14-6130

RAY HOBBS, *et al*.                                                        DEFENDANTS

## ORDER

Now on this 21st day of October 2015, there comes on for consideration the report and recommendation filed herein on August 20, 2015, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (Doc. 21). No objections were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's claims against the Arkansas Department of Corrections are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i-iii) and 1915A(a). Plaintiff's claims against all other defendants remain for further resolution. Service will be addressed by separate order.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**